IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No. 05-cv-00687-WYD-BNB

GREGORY A. DAVISCOURT;
PATRICIA L. DAVISCOURT, wife of Gregory Daviscourt;
NICHOLAS DAVISCOURT, a minor, son of Gregory and Patricia Daviscourt, by and through his father and Guardian Ad Litem Gregory Daviscourt;
JOSHUA DAVISCOURT, a minor, son of Gregory and Patricia Daviscourt, by and through his father and Guardian Ad Litem Gregory Daviscourt;
JACOB DAVISCOURT, a minor, son of Gregory and Patricia Daviscourt, by and through his father and Guardian Ad Litem Gregory Daviscourt;
KARL DAVISCOURT, father of Gregory Daviscourt; and
BARBARA DAVISCOURT, mother of Gregory Daviscourt,

    Plaintiff(s),

v.

COLUMBIA STATE BANK, a Washington corporation;
ELIZABETH ANDERSON, in her capacity as Vice President of the Bank and as an individual;
JOHN DOE ANDERSON, husband of Elizabeth Anderson, and the marital community composed thereof;
JONATHAN RAUCHWAY, in his capacity as attorney for the Bank and as an individual;
ARAPAHOE COUNTY;
KELLY M. DRAPER, in his capacity as a police officer for Arapahoe County, and as an individual;
JOHN DOES 1-5, in their capacity as police officers for Arapahoe County, and as individuals;
DOUGLAS COUNTY;
DON LIGHTFOOT, in his capacity as a police officer for Douglas County and as an individual;
RANDALL HENNESSEY, in his capacity as a police officer for Douglas County and as an individual; and
JOHN DOES 6-8, in their capacity as police officers for Douglas County and as individuals,

    Defendant(s).

## MINUTE ORDER

ORDER ENTERED BY JUDGE WILEY Y. DANIEL

Plaintiffs' Motion to File Separate Responses to Arapahoe County's Motion to Dismiss and Motion for Summary Judgment, filed July 19, 2005, is **GRANTED**.

Dated: July 20, 2005

                                            s/ Tisa M. Duckworth
                                            Judicial Assistant