IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 05-cv-00687-WYD-BNB

GREGORY A. DAVISCOURT,
PATRICIA L. DAVISCOURT, wife of Gregory Daviscourt,
NICHOLAS DAVISCOURT, a minor, son of Gregory and Patricia Daviscourt, by and through his father and Guardian Ad Litem Gregory Daviscourt,
JOSHUA DAVISCOURT, a minor, son of Gregory and Patricia Daviscourt, by and through his father and Guardian Ad Litem Gregory Daviscourt,
JACOB DAVISCOURT, a minor, son of Gregory and Patricia Daviscourt, by and through his father and Guardian Ad Litem Gregory Daviscourt,
KARL DAVISCOURT, father of Gregory Daviscourt, and
BARBARA DAVISCOURT, mother of Gregory Daviscourt,

Plaintiffs,

v.

COLUMBIA STATE BANK, a Washington corporation,
ELIZABETH ANDERSON, in her capacity as Vice President of the Bank and as an individual,
JOHN DOE ANDERSON, husband of Elizabeth Anderson, and the marital community composed thereof,
JONATHAN RAUCHWAY, in his capacity as attorney for the Bank and as an individual,
ARAPAHOE COUNTY,
KELLY M. DRAPER, in his capacity as a police offer for Arapahoe County, and as an individual,
JOHN DOES 1-5, in their capacity as police officers for Arapahoe County, and as individuals,
DOUGLAS COUNTY,
DON LIGHTFOOT, in his capacity as a police office for Douglas County and as an individual,
RANDALL HENNESSEY, in his capacity as a police officer for Douglas County and as an individual, and
JOHN DOES 6-8, in their capacity as police officers for Douglas County and as individuals,

Defendants.
_____

**ORDER**
_____

This matter is before me on the following:

(1)     **Arapahoe County and Kelly M. Draper's Motion for Stay of Discovery Based On Qualified Immunity** (the "Arapahoe County Motion to Stay"), filed by defendants Arapahoe County and Kelly M. Draper on June 27, 2005;

(2)     **Motion to Stay All Discovery Pending Ruling on Immunity Defense** (the "Non-Immune Parties' Motion to Stay"), filed by defendants Columbia State Bank, Elizabeth Anderson, Merle Anderson, and Jonathon W. Rauchway on July 20, 2005; and

(3)     **Joinder In Motions to Stay Discovery** (the "Douglas County Motion to Stay"), filed by defendants Douglas County, Don Lightfoot, and Randall Hennessey on July 22, 2005.

I held a hearing on the motions this morning and made rulings on the record, which are incorporated here. In summary and for the reasons stated on the record:

IT IS ORDERED that the Arapahoe County Motion to Stay; the Non-Immune Parties' Motion to Stay; and the Douglas County Motion to Stay are GRANTED. All discovery is STAYED pending further order of the court.

IT IS FURTHER ORDERED that counsel for the plaintiffs shall file a status report within 10 days of any ruling on the issue of qualified immunity informing me of the nature of the ruling and identifying any necessary pretrial proceedings.

IT IS FURTHER ORDERED that the scheduling conference set for this afternoon at 2:00 p.m. is VACATED.

Dated July 27, 2005.

BY THE COURT:

/s/ Boyd N. Boland
United States Magistrate Judge