IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  05-cv-00687-WYD-BNB

GREGORY A. DAVISCOURT;
PATRICIA L. DAVISCOURT, wife of Gregory Daviscourt;
NICHOLAS DAVISCOURT, a minor, son of Gregory and Patricia Daviscourt, by and
through his father and Guardian Ad Litem Gregory Daviscourt;
JOSHUA DAVISCOURT, a minor, son of Gregory and Patricia Daviscourt, by and
through his father and Guardian Ad Litem Gregory Daviscourt;
JACOB DAVISCOURT, a minor, son of Gregory and Patricia Daviscourt, by and
through his father and Guardian Ad Litem Gregory Daviscourt;
KARL DAVISCOURT, father of Gregory Daviscourt; and
BARBARA DAVISCOURT, mother of Gregory Daviscourt,

      Plaintiff(s),

v.

COLUMBIA STATE BANK, a Washington corporation;
ELIZABETH ANDERSON, in her capacity as Vice President of the Bank and as an
individual;
JOHN DOE ANDERSON, husband of Elizabeth Anderson, and the marital community
composed thereof;
JONATHAN RAUCHWAY, in his capacity as attorney for the Bank and as an individual;
ARAPAHOE COUNTY;
KELLY M. DRAPER, in his capacity as a police officer for Arapahoe County, and as an
individual;
JOHN DOES 1-5, in their capacity as police officers for Arapahoe County, and as
individuals;
DOUGLAS COUNTY;
DON LIGHTFOOT, in his capacity as a police officer for Douglas County and as an
individual;
RANDALL HENNESSEY, in his capacity as a police officer for Douglas County and as
an individual; and
JOHN DOES 6-8, in their capacity as police officers for Douglas County and as
individuals,

      Defendant(s).

---

**ORDER**

---

Plaintiffs have filed a Notice of Dismissal of Eighth and Ninth Causes of Action

on July 22, 2005.  After a careful review of the Notice and the file, the court concludes

that the eighth and ninth claims against Defendants should be dismissed.  Accordingly,

it is

ORDERED that the Plaintiffs' eighth and ninth causes of action asserted against

Defendants are dismissed with prejudice, each party to pay their own costs and

attorney's fees.

Dated this 27th day of July, 2005.

BY THE COURT:


s/ Wiley Y. Daniel,
WILEY Y. DANIEL
U. S. District Judge