IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  05-cv-00687-WYD-BNB

GREGORY A. DAVISCOURT;
PATRICIA L. DAVISCOURT, wife of Gregory Daviscourt;
NICHOLAS DAVISCOURT, a minor, son of Gregory and Patricia Daviscourt, by and through his father and Guardian Ad Litem Gregory Daviscourt;
JOSHUA DAVISCOURT, a minor, son of Gregory and Patricia Daviscourt, by and through his father and Guardian Ad Litem Gregory Daviscourt;
JACOB DAVISCOURT, a minor, son of Gregory and Patricia Daviscourt, by and through his father and Guardian Ad Litem Gregory Daviscourt;
KARL DAVISCOURT, father of Gregory Daviscourt; and
BARBARA DAVISCOURT, mother of Gregory Daviscourt,

    Plaintiff(s),

v.

COLUMBIA STATE BANK, a Washington corporation;
ELIZABETH ANDERSON, in her capacity as Vice President of the Bank and as an individual;
JOHN DOE ANDERSON, husband of Elizabeth Anderson, and the marital community composed thereof;
JONATHAN RAUCHWAY, in his capacity as attorney for the Bank and as an individual;
ARAPAHOE COUNTY;
KELLY M. DRAPER, in his capacity as a police officer for Arapahoe County, and as an individual;
JOHN DOES 1-5, in their capacity as police officers for Arapahoe County, and as individuals;
DOUGLAS COUNTY;
DON LIGHTFOOT, in his capacity as a police officer for Douglas County and as an individual;
RANDALL HENNESSEY, in his capacity as a police officer for Douglas County and as an individual; and
JOHN DOES 6-8, in their capacity as police officers for Douglas County and as individuals,

    Defendant(s).

**MINUTE ORDER**

Arapahoe County and Kelly M. Draper's Unopposed Motion for Permission and to Accept for Filing Reply Longer Than 10 Pages, filed August 9, 2005, is **GRANTED**.

Dated: August 10, 2005

                                                s/ Tisa M. Duckworth
                                                Judicial Assistant