IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 05-cv-00687-WYD-BNB

GREGORY A. DAVISCOURT,
PATRICIA L. DAVISCOURT, wife of Gregory Daviscourt,
NICHOLAS DAVISCOURT, a minor, son of Gregory and Patricia Daviscourt, by and through his father and Guardian Ad Litem Gregory Daviscourt,
JOSHUA DAVISCOURT, a minor, son of Gregory and Patricia Daviscourt, by and through his father and Guardian Ad Litem Gregory Daviscourt,
JACOB DAVISCOURT, a minor, son of Gregory and Patricia Daviscourt, by and through his father and Guardian Ad Litem Gregory Daviscourt,
KARL DAVISCOURT, father of Gregory Daviscourt, and
BARBARA DAVISCOURT, mother of Gregory Daviscourt,

Plaintiffs,

v.

COLUMBIA STATE BANK, a Washington corporation,
ELIZABETH ANDERSON, in her capacity as Vice President of the Bank and as an individual,
JOHN DOE ANDERSON, husband of Elizabeth Anderson, and the marital community composed thereof,
JONATHAN RAUCHWAY, in his capacity as attorney for the Bank and as an individual,
ARAPAHOE COUNTY,
KELLY M. DRAPER, in his capacity as a police offer for Arapahoe County, and as an individual,
JOHN DOES 1-5, in their capacity as police officers for Arapahoe County, and as individuals,
DOUGLAS COUNTY,
DON LIGHTFOOT, in his capacity as a police office for Douglas County and as an individual,
RANDALL HENNESSEY, in his capacity as a police officer for Douglas County and as an individual, and
JOHN DOES 6-8, in their capacity as police officers for Douglas County and as individuals,

Defendants.
_____

**ORDER**
_____

This matter is before me on the **Plaintiffs' Revised Motion to Amend the Complaint**

**Under Rule 15(a)** [Doc. # 128, filed 1/4/06] (the "Motion").  I held a hearing on the Motion this

morning and made rulings on the record, which are incorporated here. In summary and for the reasons stated on the record:

IT IS ORDERED that the Motion is GRANTED. The Clerk of the Court is directed to accept for filing the Second Amended Complaint for Damages attached as Exhibit A to the Motion.

IT IS FURTHER ORDERED that the defendants shall respond to the Second Amended Complaint for Damages on or before **February 27, 2006**.

Dated January 31, 2006.

                                            BY THE COURT:

                                            s/ Boyd N. Boland
                                            United States Magistrate Judge