IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  05-cv-00687-WYD-BNB

GREGORY A. DAVISCOURT;
PATRICIA L. DAVISCOURT, wife of Gregory Daviscourt;
NICHOLAS DAVISCOURT, a minor, son of Gregory and Patricia Daviscourt, by and through his father and Guardian Ad Litem Gregory Daviscourt;
JOSHUA DAVISCOURT, a minor, son of Gregory and Patricia Daviscourt, by and through his father and Guardian Ad Litem Gregory Daviscourt;
JACOB DAVISCOURT, a minor, son of Gregory and Patricia Daviscourt, by and through his father and Guardian Ad Litem Gregory Daviscourt;
KARL DAVISCOURT, father of Gregory Daviscourt; and
BARBARA DAVISCOURT, mother of Gregory Daviscourt,

    Plaintiffs,

v.

COLUMBIA STATE BANK, a Washington corporation;
ELIZABETH ANDERSON, in her capacity as Vice President of the Bank and as an individual;
JOHN DOE ANDERSON, husband of Elizabeth Anderson, and the marital community composed thereof;
JONATHAN RAUCHWAY, in his capacity as attorney for the Bank and as an individual;
ARAPAHOE COUNTY;
KELLY M. DRAPER, in his capacity as a police officer for Arapahoe County, and as an individual;
JOHN DOES 1-5, in their capacity as police officers for Arapahoe County, and as individuals;
DOUGLAS COUNTY;
DON LIGHTFOOT, in his capacity as a police officer for Douglas County and as an individual;
RANDALL HENNESSEY, in his capacity as a police officer for Douglas County and as an individual; and
JOHN DOES 6-8, in their capacity as police officers for Douglas County and as individuals,

    Defendants.

**ORDER**

THIS MATTER is before the Court on a review of the pending motions to dismiss in this case.  On January 31, 2006, Magistrate Judge Boland permitted the filing of Plaintiffs' Second Amended Complaint for Damages following a hearing on Plaintiffs' Motion to Amend.  He also ordered that Defendants respond to the Second Amended Complaint for Damages on or before Monday, February 27, 2006.

I find that the Second Amended Complaint for Damages renders moot the Defendants' pending motions to dismiss.  Defendants may, if they wish, file new motions to dismiss that address the allegations of the Second Amended Complaint for Damages.

Based on the foregoing, it is

ORDERED that Defendants Douglas County's, Don Lightfoot's and Randall Hennessey's Motion to Dismiss (#12), filed June 22, 2005, is **DENIED AS MOOT**.  It is

FURTHER ORDERED that Arapahoe County and Kelly M. Draper's Motion to Dismiss, or in the Alternative, Motion for Summary Judgment (# 16), filed June 27, 2005, is **DENIED AS MOOT**.  It is

FURTHER ORDERED that Defendants Douglas County's, Don Lightfoot's and Randall Hennessey's Motion to Dismiss First Amended Complaint (# 30), filed July 14, 2005, is **DENIED AS MOOT**.  It is

FURTHER ORDERED that Defendants Columbia State Bank's, Elizabeth

Anderson's and Merle Anderson's Motion to Dismiss and Request for Attorneys Fees (# 32), filed July 14, 2005, is **DENIED AS MOOT**.  It is

FURTHER ORDERED that Defendant Jonathan Rauchway's Motion to Dismiss First Amended Complaint (# 52), filed July 25, 2005, is **DENIED AS MOOT**.  It is

FURTHER ORDERED that the Stipulation for Extension of Time in which to Answer or Respond to Amended Complaint (# 67), filed August 3, 2005, is **DENIED AS MOOT**.

Dated:  February 1, 2006

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge