# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# JUDGE WILEY Y. DANIEL

_____

| | |
|---|---|
| Courtroom Deputy: Robert R. Keech | Date: September 18, 2006 |
| E.C.R./Reporter: Kara Spitler | |

_____

Civil Action No: **05-cv-00687-WYD-BNB**          Counsel:

**GREGORY A. DAVISCOURT, et al.**,                       John R. Muenster
                                                                              Federico Alvarez
             Plaintiffs,

v.

**COLUMBIA STATE BANK, et al.**,                          Richard P. Holme
                                                                              Bruce E. Rohde
             Defendants.                                            Sean Kelly Dunnaway
                                                                              Kirsten J. Crawford

_____

## COURTROOM MINUTES
_____

**HEARING ON DEFENDANTS' MOTIONS TO DISMISS**

**10:35 a.m.**      Court in Session

                          APPEARANCES OF COUNSEL.

                          Court's opening remarks.

                          Motion to Dismiss Second Amended Complaint (#160 - 2/16/06); Defendants' Motion to Dismiss Second Amended Complaint (#169 - 2/27/06); Defendants' Renewed Motion to Dismiss and Request for Attorney's Fees (#180 - 3/3/06); Defendants' Motion to Dismiss and Motion for Summary Judgment (#210 - 4/19/06); and Plaintiffs' Motion for Sanctions (#116 - 11/29/06) are raised for argument.

10:40 a.m.        Argument by Plaintiffs (Mr. Muenster).

10:56 a.m.        Argument by Defendants (Mr. Dunnaway).

Judge Wiley Y. Daniel
05-cv-00687-WYD-BNB - Courtroom Minutes

| | |
|---|---|
| 11:06 a.m. | Argument by Plaintiffs (Mr. Muenster). |
| 11:13 a.m. | Argument by Defendants (Ms. Crawford). |
| 11:24 a.m. | Argument by Plaintiffs (Mr. Muenster). |
| 11:29 a.m. | Argument by Defendants (Mr. Rohde). |
| 11:37 a.m. | Argument by Defendants (Mr. Holme). |
| 11:46 a.m. | Argument by Plaintiffs (Mr. Muenster). |
| 12:11 p.m. | Argument by Defendants (Mr. Holme). |
| 12:14 p.m. | Argument by Defendants (Mr. Holme). |
| 12:16 p.m. | Argument by Plaintiffs (Mr. Muenster). |

**ORDERED:** Defendants' Motion to Dismiss Second Amended Complaint (#169 - 2/27/06) is **GRANTED IN PART, DENIED WITHOUT PREJUDICE IN PART, and TAKEN UNDER ADVISEMENT IN PART.**

**ORDERED:** Defendants' Motion to Dismiss and Motion for Summary Judgment (#210 - 4/19/06) is **GRANTED IN PART and DENIED WITHOUT PREJUDICE IN PART, and TAKEN UNDER ADVISEMENT IN PART.**

**ORDERED:** Defendants' Motion to Dismiss Second Amended Complaint (#160 - 2/16/06) is **TAKEN UNDER ADVISEMENT.**

**ORDERED:** Defendants' Renewed Motion to Dismiss and Request for Attorney's Fees (#180 - 3/3/06) is **TAKEN UNDER ADVISEMENT.**

**ORDERED:** Plaintiffs' Motion for Sanctions (#116 - 11/29/06) is **TAKEN UNDER ADVISEMENT.**

Court indicates that a written order is forthcoming.

**12:24 p.m.** Court in Recess - HEARING CONCLUDED

**TOTAL TIME:  1:49**