IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 05-cv-00687-WYD-BNB

GREGORY A. DAVISCOURT,
PATRICIA L. DAVISCOURT, wife of Gregory Daviscourt,
NICHOLAS DAVISCOURT, a minor, son of Gregory and Patricia Daviscourt, by and through his father and Guardian Ad Litem Gregory Daviscourt,
JOSHUA DAVISCOURT, a minor, son of Gregory and Patricia Daviscourt, by and through his father and Guardian Ad Litem Gregory Daviscourt,
JACOB DAVISCOURT, a minor, son of Gregory and Patricia Daviscourt, by and through his father and Guardian Ad Litem Gregory Daviscourt,
KARL DAVISCOURT, father of Gregory Daviscourt, and
BARBARA DAVISCOURT, mother of Gregory Daviscourt,

Plaintiffs,

v.

COLUMBIA STATE BANK, a Washington corporation,
ELIZABETH ANDERSON, in her capacity as Vice President of the Bank and as an individual, and her marital community,
JONATHAN RAUCHWAY, in his capacity as attorney for the Bank and as an individual,
THE BOARD OF COUNTY COMMISSIONERS OF THE COUNTY OF ARAPAHOE COLORADO,
BRADFORD ZBOROWSKI, in his capacity as a Sheriff's investigator for Arapahoe County, and as an individual,
KELLY M. DRAPER, in his capacity as a police offer for Arapahoe County, and as an individual,
JOHN DOES 1 and 2, in their capacity as police officers for Arapahoe or Douglas Counties, and as individuals,
THE BOARD OF COUNTY COMMISSIONERS OF THE COUNTY OF DOUGLAS, COLORADO,
DON LIGHTFOOT, in his capacity as a police office for Douglas County and as an individual,
RANDALL HENNESSEY, in his capacity as a police officer for Douglas County and as an individual,
KEVIN HATHAWAY, in his capacity as a police officer for Douglas County, and as an individual,
ERIK OSTROWSKI, in his capacity and as police officer for Douglas County and as an individual, and
JOHN DOE 3, in his capacity as a police officer for Douglas County and as an individual,

Defendants.
_____

# ORDER

Upon review of the *Order* [Doc. # 240, filed 9/26/2006] entered by the district judge and the *Status Report by Plaintiffs' Counsel* [Doc. # 243, filed 10/4/2006]:

IT IS ORDERED that a scheduling conference is set for **November 13, 2006, at 8:30 a.m.**, in Courtroom 401, 4th floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado. The parties shall prepare a proposed scheduling order and submit it to the court on or before **November 6, 2006**.

Dated October 5, 2006.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge