IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 05-cv-00687-WYD-BNB

GREGORY A. DAVISCOURT,
PATRICIA L. DAVISCOURT, wife of Gregory Daviscourt,
NICHOLAS DAVISCOURT, a minor, son of Gregory and Patricia Daviscourt, by and through
his father and Guardian Ad Litem Gregory Daviscourt,
JOSHUA DAVISCOURT, a minor, son of Gregory and Patricia Daviscourt, by and through his
father and Guardian Ad Litem Gregory Daviscourt,
JACOB DAVISCOURT, a minor, son of Gregory and Patricia Daviscourt, by and through his
father and Guardian Ad Litem Gregory Daviscourt,
KARL DAVISCOURT, father of Gregory Daviscourt, and
BARBARA DAVISCOURT, mother of Gregory Daviscourt,

Plaintiffs,

v.

COLUMBIA STATE BANK, a Washington corporation,
ELIZABETH ANDERSON, in her capacity as Vice President of the Bank and as an individual,
and her marital community,
JONATHAN RAUCHWAY, in his capacity as attorney for the Bank and as an individual,
THE BOARD OF COUNTY COMMISSIONERS OF THE COUNTY OF ARAPAHOE
COLORADO,
BRADFORD ZBOROWSKI, in his capacity as a Sheriff's investigator for Arapahoe County, and
as an individual,
KELLY M. DRAPER, in his capacity as a police offer for Arapahoe County, and as an individual,
JOHN DOES 1 and 2, in their capacity as police officers for Arapahoe or Douglas Counties, and
as individuals,
THE BOARD OF COUNTY COMMISSIONERS OF THE COUNTY OF DOUGLAS,
COLORADO,
DON LIGHTFOOT, in his capacity as a police office for Douglas County and as an individual,
RANDALL HENNESSEY, in his capacity as a police officer for Douglas County and as an
individual,
KEVIN HATHAWAY, in his capacity as a police officer for Douglas County, and as an
individual,
ERIK OSTROWSKI, in his capacity and as police officer for Douglas County and as an
individual, and
JOHN DOE 3, in his capacity as a police officer for Douglas County and as an individual,

Defendants.

_____

**ORDER**

This matter is before me on **Arapahoe Defendants' Motion for Stay of Discovery Pending Resolution of Interlocutory Appeal** [Doc. # 264, filed 11/7/2006] (the "Motion").  I heard argument on the Motion during the scheduling conference this morning and made rulings on the record, which are incorporated here.  In summary and for the reasons stated on the record:

IT IS ORDERED that the Motion is DENIED insofar as it seeks a stay of all discovery involving the Arapahoe Defendants pending resolution of their appeal on the issue of qualified immunity.  Discovery shall proceed as provided in Rome v. Romero, 225 F.R.D. 640 (D. Colo. 2004).

Dated November 13, 2006.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge