IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  05-cv-00687-WYD-KLM

GREGORY A.  DAVISCOURT,
PATRICIA L.  DAVISCOURT,
NICHOLAS DAVISCOURT,
JOSHUA DAVISCOURT,
JACOB DAVISCOURT,
KARL DAVISCOURT, and
BARBARA DAVISCOURT,
  Plaintiff(s),
v.

COLUMBIA STATE BANK, et al
BOARD OF COUNTY COMMISSIONERS OF  ARAPAHOE COUNTY, et al.
BOARD OF COUNTY COMMISSIONERS OF  DOUGLAS COUNTY, et al.
  Defendant(s).
_____

## MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE KRISTEN  L. MIX**

  This matter is before the Court pursuant to Plaintiffs' Unopposed Motion to Permit Plaintiffs' Washington Counsel to Attend 9-19-07 Hearing Telephonically (Docket No. 357, Filed September 12, 2007) (the "motion").

  IT IS HEREBY **ORDERED** that the motion is **GRANTED**.  Plaintiffs' Washington counsel, JOHN MUENSTER, may appear at the motions hearing on **September 19, 2007** at **10:30 a.m.** telephonically.  John Muenster shall contact the Court at (303) 844-4892 on the above date and time in order to participate.  All other counsel/parties shall appear in person.

Dated:  September 13, 2007