**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Kristen L. Mix**

**Civil Action No.: 05-cv-00687-WYD-KLM**        FTR - Reporter Deck - Courtroom A-501
**Date:** September 19, 2007                                   Courtroom Deputy,  Ellen E. Miller

_____

GREGORY A. DAVISCOURT,                               Federico C. Alvarez
PATRICIA L. DAVISCOURT,                                John R. Muenster    (by telephone)
NICHOLAS DAVISCOURT,
JOSHUA DAVISCOURT,
a minor, son of Gregory and Patricia Daviscourt
JACOB DAVISCOURT,
a minor, son of Gregory and Patricia Daviscourt,
KARL DAVISCOURT, and
BARBARA DAVISCOURT,
   Mother of Gregory Daviscourt,

        **Plaintiff(s),**
v.

COLUMBIA STATE BANK,                                   Bruce E. Rohde
ELIZABETH ANDERSON,
in her official and individual capacity,
MERLE ANDERSON,
in his official and individual capacity,
JONATHAN RAUCHWAY,                                  Richard P. Holme
in his official and individual capacity,
BOARD OF COUNTY COMMISSIONERS OF THE       Kirsten J. Crawford
   COUNTY OF ARAPAHOE,
KELLY M.  DRAPER,
in his official and individual capacity,
BRADFORD ZBOROWSKI,
in his official and individual capacity,
BOARD OF COUNTY COMMISSIONERS OF THE       S. Kelly Dunnaway
   COUNTY OF DOUGLAS,
DON LIGHTFOOT,
in his official and individual capacity,
RANDALL HENNESSEY,
in his official and individual capacity,
KEVIN HATHAWAY,

in his official and individual capacity,
ERIK OSTROWSKI,
in his official and individual capacity,

        **Defendant(s).**

_____

## COURTROOM   MINUTES  /  MINUTE  ORDER

_____

**HEARING:  MOTIONS  HEARING**
**Court in Session:**      10:30 a.m.
Court calls case.    Appearance of counsel.

The Court raises Defendants' Joint Motion to Compel Production of Medical Records and Attendance at IME for argument.

Arguments by Mr. Alvarez and Mr. Muenster.
Argument by Ms. Crawford.

**It is ORDERED:**      Defendants' JOINT MOTION TO COMPEL PRODUCTION OF MEDICAL RECORDS AND ATTENDANCE AT IME [Docket No. **343,** Filed August 14, 2007] is **GRANTED IN PART AND DENIED IN PART.**

The Plaintiffs shall have to and including **OCTOBER 10, 2007** within which to produce to the Defendants all records of all psychological treatment that they have received for the past five (5) years. Failure to produce these records will result in the Court imposing sanctions.

**It is ORDERED:**      The Scheduling Order is modified in that the deadline for disclosure of REBUTTAL EXPERTS is extended to **NOVEMBER 02, 2007.**

**It is ORDERED:**      The SETTLEMENT CONFERENCE set OCTOBER 29, 2007 at 9:00 a.m. is **vacated** and **reset** to **DECEMBER 03, 2007** at **1:30 p.m.** in Courtroom A-501,   Fifth Floor,  Alfred A. Arraj United States Courthouse,  901 19th Street, Denver, Colorado   80294

Counsel  shall have parties present who shall have full authority to negotiate **all** terms and demands presented by the case, and full authority to enter into a settlement agreement, including an adjustor if an insurance company is involved.  "Full authority" means that the person who attends the settlement conference has the complete and unfettered capacity and authority to meet  all terms or pay all amounts which are demanded or sought by any opposing party in  the case without consulting with some other person, committee, or agency.

No party shall be permitted to participate in the settlement conference by telephone, unless that party has obtained leave of court following the filing of an appropriate motion no later than five (5) business days prior to the settlement conference date.

All parties shall submit their respective updated  confidential settlement statements
**no later than   NOVEMBER 29, 2007.**  Each statement should contain the following:
1.    A candid assessment of the case from the presenter's point of view;
2.    A summary of the evidence which supports the party's  claims and/or defenses.
3.    Comments about any perceived weaknesses in the case;
4.    Present a demand or offer each party will accept or pay in settlement (including any essential non-economic terms);   and
5.    Any observations or additional information which would be helpful to the magistrate judge in assisting  the parties to negotiate a settlement.

Parties participating in ECF shall e-mail **ONLY** the Confidential Settlement Statement (15 pages or less) in PDF format to Mix_Chambers@cod.uscourts.gov.    All additional settlement materials (*i.e.* depositions transcripts, exhibits) are to be submitted to the court as hard copies.  Any additional material shall be delivered to the office of the Clerk of the Court or mailed directly to Magistrate Judge Mix  in an envelope marked "Confidential and Private per Magistrate Judge Mix's Order".  Parties not participating in ECF shall submit all materials as hard copies.

HEARING CONCLUDES.

**Court in recess:**    11:00 a.m.
Total In-Court Time:     00:30

To order a transcript of this hearing,   please contact   Avery Woods Reporting   (303)825-6119

Anyone seeking entry into the Alfred A. Arraj United States Courthouse will be required to show valid photo identification.   *See* D.C.COLO.LCivR 83.2B.