**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**


Civil Action No. 05-cv-00687-WYD-KLM

GREGORY A. DAVISCOURT,
PATRICIA L. DAVISCOURT,
wife of Gregory A. Daviscourt,
NICHOLAS DAVISCOURT,
a minor, son of Gregory and Patricia Daviscourt
JOSHUA DAVISCOURT,
a minor, son of Gregory and Patricia Daviscourt
JACOB DAVISCOURT,
a minor, son of Gregory and Patricia Daviscourt,
KARL DAVISCOURT
father of Gregory Daviscourt, and
BARBARA DAVISCOURT,
mother of Gregory Daviscourt,

      **Plaintiff(s),**

v.

COLUMBIA STATE BANK,
ELIZABETH ANDERSON,
in her official and individual capacity,
MERLE ANDERSON,
in his official and individual capacity,
JONATHAN RAUCHWAY,
in his official and individual capacity,
BOARD OF COUNTY COMMISSIONERS OF THE
   COUNTY OF ARAPAHOE,
KELLY M.  DRAPER,
in his official and individual capacity,
BRADFORD ZBOROWSKI,
in his official and individual capacity,
BOARD OF COUNTY COMMISSIONERS OF THE
   COUNTY OF DOUGLAS,
DON LIGHTFOOT,
in his official and individual capacity,
RANDALL HENNESSEY,
in his official and individual capacity,

KEVIN HATHAWAY,
in his official and individual capacity,
ERIK OSTROWSKI,
in his official and individual capacity,

    **Defendant(s).**

_____

## MINUTE  ORDER
_____

### ORDER ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX

    This matter comes before the Court on Plaintiff's Unopposed Motion to Compel Production of Medical Records of Dr. Edward Birochak, M.D. [Docket No. 361, Filed September 21, 2007] ("Plaintiff's Motion").  Plaintiff Gregory Daviscourt seeks an Order compelling his physician, Dr. Edward Birochak, to produce records relating to Mr. Daviscourt's psychological treatment for the past five years.  Plaintiff seeks this Order so that he can comply with the Court's Order dated September 19, 2007 [Docket No. 360], requiring him to provide these records, among others, to Defendants on or before October 10, 2007.  Plaintiff avers that he has been unable to obtain Dr. Birochak's voluntary cooperation with his request for copies of his medical records.

    IT IS HEREBY **ORDERED** that Plaintiff's Motion is **DENIED**.  Dr. Birochak is not a party to this action, and the Court has no authority to compel a nonparty to produce records.

Dated:      September 24, 2007