**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 05-cv-00687-WYD-KLM

GREGORY A. DAVISCOURT,
PATRICIA L. DAVISCOURT,
wife of Gregory A. Daviscourt,
NICHOLAS DAVISCOURT,
a minor, son of Gregory and Patricia Daviscourt
JOSHUA DAVISCOURT,
a minor, son of Gregory and Patricia Daviscourt
JACOB DAVISCOURT,
a minor, son of Gregory and Patricia Daviscourt,
KARL DAVISCOURT
father of Gregory Daviscourt, and
BARBARA DAVISCOURT,
mother of Gregory Daviscourt,

     **Plaintiff(s),**

v.

COLUMBIA STATE BANK,
ELIZABETH ANDERSON,
in her official and individual capacity,
MERLE ANDERSON,
in his official and individual capacity,
JONATHAN RAUCHWAY,
in his official and individual capacity,
BOARD OF COUNTY COMMISSIONERS OF THE
  COUNTY OF ARAPAHOE,
KELLY M. DRAPER,
in his official and individual capacity,
BRADFORD ZBOROWSKI,
in his official and individual capacity,
BOARD OF COUNTY COMMISSIONERS OF THE
  COUNTY OF DOUGLAS,
DON LIGHTFOOT,
in his official and individual capacity,
RANDALL HENNESSEY,
in his official and individual capacity,

KEVIN HATHAWAY,
in his official and individual capacity,
ERIK OSTROWSKI,
in his official and individual capacity,

**Defendant(s).**
_____
**MINUTE ORDER**
_____
**ORDER ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

This matter comes before the Court on Defendants' Motion for Clarification of Order #360 [Docket No. 363, Filed September 24, 2007] ("Defendants' Motion").

IT IS HEREBY **ORDERED** that Defendants' Motion is **GRANTED**. The Court clarifies its Order dated September 19, 2007 [Docket No. 360] as follows: (1) Plaintiffs shall produce the records of Dr. Birochak and all psychologists, psychiatrists or other mental health care providers from December 31, 1998 to the present date; and (2) Defendants are permitted to reopen Plaintiff Gregory Daviscourt's deposition for the purpose of examining him regarding the medical records Plaintiffs are ordered to produce herein.


Dated:        September 24, 2007