IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No. 05-cv-00687-WYD-KLM

GREGORY A. DAVISCOURT, et al.,

    Plaintiffs,

v.

COLUMBIA STATE BANK, et al.,

    Defendants.

---

## MINUTE ORDER

---

ORDER ENTERED BY JUDGE WILEY Y. DANIEL

    Plaintiffs' Motion for Partial Summary Judgment on Bank Defendants' Counterclaim (docket #377), filed November 29, 2007, is **STRICKEN** with leave to refile in compliance with this Court's Practice Standards.

    Dated: November 29, 2007