IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-00687-WYD-KLM

GREGORY A. DAVISCOURT,
PATRICIA L. DAVISCOURT,
NICHOLAS DAVISCOURT,
JOSHUA DAVISCOURT,
JACOB DAVISCOURT,
KARL DAVISCOURT, and
BARBARA DAVISCOURT,

    Plaintiff(s),
v.

COLUMBIA STATE BANK, et al.,
BOARD OF COUNTY COMMISSIONERS OF ARAPAHOE COUNTY, et al.,
BOARD OF COUNTY COMMISSIONERS OF DOUGLAS COUNTY, et al.,

    Defendant(s).
_____

## MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Douglas County Defendants' Motion to Compel Response to Interrogatories and Production of Documents [Docket No. 381; Filed November 30, 2007] (the "Motion to Compel"). Plaintiffs filed their response on December 14, 2007 [Docket No. 391]. Plaintiffs do not oppose the relief requested by Douglas County Defendants. In fact, they admit that "the Douglas County defendants' motion to compel is completely justified." Plaintiffs' Response at 4 [Docket No. 391]. Plaintiffs' counsel also certified that "all responsive information known to undersigned counsel and all documents in my possession have been produced as of December 14, 2007." *Id.* Plaintiffs' counsel noted, however, that there may be information subject to the discovery requests contained in two sets of records that he is presently seeking to obtain.

    IT IS HEREBY **ORDERED** that the Motion to Compel is **GRANTED**. To the extent that there are any outstanding discovery requests not fully responded to by Plaintiffs, Plaintiffs shall respond on or before **January 4, 2008**.

    IT IS FURTHER **ORDERED** that Plaintiffs shall pay the reasonable attorney fees incurred by County Defendants to litigate the Motion to Compel. It is within the Court's

discretion to award reasonable attorney fees to Douglas County Defendants pursuant to Fed. R. Civ. P. 37(a).  While the Court appreciates Plaintiffs' counsel's candor regarding his failure to fully respond sooner, Plaintiffs should have been more diligent regarding the discovery requests and nothing in the record before the Court excuses their failure to fully respond.

 IT IS FURTHER **ORDERED** that Douglas County Defendants shall file an affidavit or affidavits of attorney fees and costs incurred to litigate the Motion to Compel by **January 4, 2008**.  Plaintiffs' objection, if any, to the affidavit(s) submitted by Douglas County Defendants shall be filed by **January 11, 2008**.


Dated:  December 20, 2007