IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  05-cv-00687-WYD-KLM

GREGORY A. DAVISCOURT, et al.,

     Plaintiffs,

v.

COLUMBIA STATE BANK, et al.,

     Defendants.

---

## MINUTE ORDER

---

ORDER ENTERED BY JUDGE WILEY Y. DANIEL

     Columbia State Bank's Unopposed motion for Leave to File Supplemental Response to Motion for Summary Judgement (docket #421), filed January 22, 2008, is **GRANTED.**  The supplemental response is accepted for filing.

     Dated:  January 22, 2008