IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No. 05-cv-00687-WYD-KLM

GREGORY A. DAVISCOURT, et al.,

    Plaintiffs,

v.

COLUMBIA STATE BANK, et al.,

    Defendants.

## MINUTE ORDER

ORDER ENTERED BY JUDGE WILEY Y. DANIEL

    Defendants' Douglas County, Don Lightfoot and Randall Hennessey Motion for Clarification on the Court's Order of July 18, 2008 (docket #470), filed July 2, 2008, is **GRANTED** consistent with this Order. The Court's Order dated July 18, 2008 is quite clear in that summary judgment was denied as to Greg Daviscourt's claim of unreasonable force and the Plaintiffs' claims for municipal liability, thus these are the surviving claims. Plaintiffs' conspiracy and unreasonable seizure claims were dismissed.

    Dated: July 22, 2008