IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No. 05-cv-00687-WYD-KLM

GREGORY A. DAVISCOURT, et al.,

    Plaintiffs,

v.

COLUMBIA STATE BANK, et al.,

    Defendants.

## MINUTE ORDER

ORDER ENTERED BY JUDGE WILEY Y. DANIEL

    Counter Defendant Karl Daviscourt's Motion for Leave to File Motion for Reconsideration, filed November 7, 2008 (docket #519) is **GRANTED** only as to the leave to file. The Motion for Reconsideration attached to that document is still pending.

    Dated: November 21, 2008